AO 91 (Rev. 08/09) Criminal Complaint          AUSA DANIEL E. FUNK

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 15-124-FJL |
| MICHAEL EDWIN HARDING, | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED by _cpp_ D C

SEP 22 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 23, 2015, to on or about September 22, 2015** in the county of **St. Lucie** in the **Southern** District of **Florida**, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 U.S.C. §§ 2252(a) and 2252A | Receiving and Distributing Material Involving Sexual Exploitation of Minors, and Possession of Child Pornography |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brian Ray, Special Agent, DHS, Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 9/22/15

_____
*Judge's signature*

City and state: Fort Pierce, Florida

Frank J. Lynch, Jr., Chief U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
# OF
# Brian Ray
# SPECIAL AGENT
# HOMELAND SECURITY INVESTIGATIONS

I, Brian Ray, after being duly sworn, depose and state:

1. I am a Special Agent (SA) employed by Homeland Security Investigations (HSI), having been so employed since March 2003. From 2001 to 2003, I was employed by the U.S. Customs Service as a Special Agent. From 1994 to 2001, I was employed as a deputy sheriff in Florida. From 1985 to 1994, I served as a U.S. Air Force Security Policeman. I have been assigned to the investigation of cases involving the sexual exploitation of children. These investigations have included the utilization of surveillance techniques, undercover activities, the interviewing of subjects and witnesses, and the planning and execution of search and arrest warrants. I have received formal training on the aforementioned investigations at the Federal Law Enforcement Training Center, HSI Cyber Crimes Center and at Internet Crimes Against Children Conferences.

2. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for, offenses enumerated in Title 18, United States Code, Sections 2251, 2252, 2422, *et seq.*

3. I have participated in investigations involving pedophiles, preferential child molesters, and persons who collect

1

and/or distribute child pornography, along with the importation and distribution of materials relating to the sexual exploitation of children. I have received training in the area of child pornography and child exploitation through the U.S. Customs Academy and HSI Cyber Crimes Center. I have completed the Treasury Computer Forensic Training Program's Basic and Advanced Computer Evidence Recovery courses and I am currently assigned as a HSI computer forensic examiner. I have observed and reviewed examples, and assisted in numerous child pornography and child exploitation investigations, which have involved reviewing examples of evidence in all forms of media including computer media, and have discussed and reviewed these materials with other law enforcement officers.

4. I am conducting an investigation involving the sexual exploitation of children and related activities of the individual named herein, Michael Edwin HARDING. I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause to believe that Michael Edwin HARDING violated 18 U.S.C. §§ 2252(a) and 2252A, which make it a crime to transport, distribute, receive and/or possess child pornography, or attempt to do so.

5. This investigation concerns the use of Kik Messenger, a smartphone app, to post child pornography, via the Internet, to a Kik chat room on three separate occasions. Kik maintains records of the IP address used to create the user accounts, the type of device

used to register the account, up to 30 days of login IP addresses, and whether the logins were via WiFi or used mobile (cellular) data. The Kik user posting the child pornography in this case used the user name, "desthfromabovee". The user created the account from a WiFi access point with a service address of ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Michael HARDING, a Port St. Lucie Police Officer, owns and resides at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ Kik user name "desthfromabovee" was created using a LG D800 smartphone. AT&T records reveal Michael HARDING is paying for cellular phone service for a LG D800 smartphone.

6. This investigation was initiated by HSI Special Agent Patrick McCall, Wilmington, Delaware, who signed into an undercover Kik user account in order to conduct child exploitation investigations on the Kik Messenger application. Kik Messenger is an instant messaging application for mobile devices, such as a smartphone or tablet. Kik uses a devices' cellular data plan or WiFi connection to transmit and receive private messages, and share photos, videos, and other content. Kik Messenger also allows users to participate in user created chat rooms.

7. On July 23, 2015, at approximately 9:42 AM EST, SA McCall, using a device connected to the Internet, signed into an undercover Kik Messenger account and saw that user "desthfromabovee" had posted two images of child pornography in the Kik Messenger chat room "#toddlerfuck" on July 23, 2015, at approximately 9:11 AM. SA McCall was able to download and save these images to an undercover device. The files depict a preteen female performing oral sex on an adult male, and a preteen female reclined on a couch, exposing her vagina to the camera.

3

8. On August 13, 2015, SA McCall again signed into an undercover Kik user account in order to conduct child exploitation investigations on the Kik Messenger application. At approximately 1:04 PM EST, SA McCall saw that user "desthfromabovee" had posted one video of child related sexually explicit material in the Kik Messenger chat room "#toddlerfuck" on August 4, 2015, at approximately 6:49 AM. SA McCall was able to download and save this video to an undercover device. The file was a 37 second depiction of an adult male rubbing his penis on the vagina and anus of a preschool aged female.

9. On August 17, 2015, at approximately 9:18 AM EST, SA McCall, signed onto an undercover Kik Messenger account and noted he had previously overlooked that user "desthfromabovee" had posted one image of child related sexually explicit material in the Kik Messenger chat room "#toddlerfuck" on July 26, 2015, at approximately 6:21 AM. SA McCall was able to download and save this image to an undercover device. The image depicts a prepubescent female being anally penetrated by an adult male as he ejaculates.

10. On August 4, 2015, a summons was served on Kik requesting subscriber information for the user "desthfromabovee". On August 6, 2015, Kik responded to the summons and identified the subscriber information. Some information is automatically captured by Kik, with no input by the user and, in my experience, has been accurate. Some information is entered by the user and its accuracy is unknown. The subscriber information is:

**User Provided Information**
User name: desthfromabovee
First name: Mark

4

Last name: Powers

Email: noflexzone123@tormail.com

Birthday: 1982-02-17

**Automatically Captured Information**

* Registration IP: 104.181.96.96
* Location: US
* Registered: 2015/07/22 15:00:12 (EST)
* Device: Android
* Model#: LG-D800

11. A query of the American Registry for Internet Numbers online database revealed that IP address 104.181.96.96 was registered to the Internet Service Provider AT&T Internet Services.

12. On August 12, 2015, a summons was served on AT&T Internet Services relating to IP address 104.181.96.96, used to register the "desthfromabovee" Kik account. AT&T Internet Services responded to the summons and identified the subscriber as:

| | |
|---|---|
| Account Name: | Michael HARDING |
| Service Address: | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| | ▇▇▇▇▇▇▇▇ |
| Telephone Number: | ▇▇▇▇▇▇▇▇, |
| Email Address: | ▇▇▇▇▇▇▇ |

The account had been assigned IP address 104.181.96.96 since October 18, 2014. I am aware that AT&T home routers typically contain log information, listing computers/devices that are, or have been, connected to the router.

13. On August 17, 2015, I confirmed with Sergeant Robert Vega, Port St. Lucie Police Department (PSLPD), Internal Affairs,

5

that Michael HARDING is an active law enforcement officer with the PSLPD. Sergeant Vega later advised me that HARDING works midnight shift, from 10 PM to 8 AM, Saturday through Tuesday. Sergeant Vega also advised that the telephone number the department has listed for HARDING is ███████████, the same number linked to the Internet account used to create the Kik account.

14. On August 19, 2015, I conducted a property records search for ███████████████████████████████ on the St. Lucie County Property Appraiser's website. According to the website, ███████████████████████████████████████ was purchased by Michael HARDING in October 2014.

15. On August 21, 2015, I received a package from SA McCall containing documentation of the investigation and the above described child pornography. I reviewed the IP login history provided by Kik. The history includes login IP addresses and whether the IP address was WiFi or mobile. If the smartphone/tablet was using WiFi, the IP address would resolve to the WiFi router, typically in a home or business. If the smartphone/tablet was using mobile data, the IP address would resolve to a wireless carrier. Wireless carriers typically assign smartphone/tablet IP addresses dynamically. Dynamic IP addressing assigns a different IP address each time the smartphone/tablet requires data services.

16. The IP log indicated that from July 22 to August 5, 2015, the "desthfromabovee" account was accessed 33 times from HARDING's home IP address, 104.181.96.96. I noted that on the dates/times "desthfromabovee" posted child pornography to the chat room, he/she

was logged in using the following dynamically assigned IP addresses:

    Login on July 23, 2015, at 8:42 AM - 166.172.188.37
    Login on July 26, 2015, at 4:58 AM - 166.172.188.219
    Login on August 4, 2015, at 6:39 AM - 166.172.184.152

Additionally, the IP login history indicated that the account was routinely accessed during early morning hours, such as between midnight and 6 AM.

17. A query of the American Registry for Internet Numbers ("ARIN") online database revealed that all of the 166.172.xxx.xxx IP addresses are registered to Service Provider Corporation. I contacted Service Provider Corporation who advised they lease IP addresses to wireless carriers. I provided Service Provider Corporation the IP address 166.172.184.152 and inquired who held the address on August 4, 2015, at 6:49 AM, when child pornography was uploaded. Service Provider Corporation advised that at that time, the IP was leased to AT&T wireless.

18. On August 21, 2015, I issued a summons to AT&T Mobility (a wireless carrier) for phone number ███████. The response revealed that since January 30, 2014, the subscriber is Michael HARDING, ███████████████████████████████ The AT&T records also indicate that make and model of the handset being used is a LG D800, the same model phone used to create the Kik account. AT&T indicated a log of IP addresses assigned to the smartphone was not available.

19. On September 9, 2015, Sergeant Vega advised that Michael HARDING is assigned a "take-home" vehicle and a laptop computer for

7

the vehicle, used for dispatching, report writing, database checks and department email. The laptop computer has USB ports for connecting external media/devices and contains an Automatic Vehicle Location (AVL) GPS data system. Sergeant Vega advised that on Thursday, July 23, 2015, HARDING was working a traffic construction off-duty detail from 7 AM to 5 PM. On Sunday, July 26, 2015, and Tuesday, August 4, 2015, HARDING was working from 10 PM to 8 AM.

20. Sergeant Vega provided me with Automatic Vehicle Location (AVL) data regarding HARDING's location on the dates/times child pornography was posted to Kik. According to the AVL logs, HARDING's vehicle was in service and stationary for approximately one hour during each of the timeframes when child pornography was posted, with the posts to the Kik chat room occurring toward the middle of the stationary periods. A forensic exam of HARDING's PSLPD assigned laptop computer would yield evidence of HARDING's activity, or the lack thereof, during the periods when the illegal activity was occurring. The vehicle being in use, coupled with the lack of vehicle movement and the posts occurring using cellular data, is consistent with the child pornography uploads taking place while HARDEN was working in his PSLPD vehicle.

21. On September 21, 2015, Magistrate Judge Frank J. Lynch, Jr. signed a federal search warrant authorizing the search of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22. On September 22, 2015, at approximately 7:00 AM, I executed the search warrant for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ From a gun case in the master bedroom closet, a PNY Thumb Drive was recovered. The drive contained hundreds of images and videos of children engaged in sexually explicit conduct. There was a folder on the thumb drive named "Captain planet", that

8

held a subfolder named "Boys". Within the Boys folder was a video file named "6 yo boy suck". The file was a five minute video depicting an approximately six year old boy performing oral sex on an adult male. Another folder within the Captain planet folder was named "Man+KID". Within the Man+KID folder was a video file named "7yo girl fingered deep in both holes". The file was a two minute video depicting an approximately seven year old girl being digitally penetrated, anally and vaginally. The PNY Thumb Drive also contained photographs of HARDING and photographs and videos related to his employment as a Police Officer.

23. From a storage bin in the master bedroom closet, a Lexar Thumb Drive was recovered. There were images of HARDING in a "My Pictures" folder on the thumb drive. I was able to recover 23 deleted child pornography images from the My Pictures folder, including bondage images depicting prepubescent girls.

Further, your affiant sayeth naught.

BRIAN RAY, Special Agent
Homeland Security
Investigations

Sworn and subscribed to before me this 22 day of September 2015.

FRANK J LYNCH, Jr.
Chief United States Magistrate Judge